**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CHARLES D. BROWN, #1329505,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:06-CV-0319-D |
| ) | |
| **LARRY STOKES,** ) | |
| Respondent. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Having conducted *de novo* review, the court adopts the findings, conclusions, and recommendation and dismisses this action under Fed. R. Civ. P. 41(a)(2) without prejudice by judgment filed today.

**SO ORDERED**.

April 12, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE